**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**CAROL KNOX**                                                                    **PLAINTIFF**

**v.**                                      **2:15-cv-01434 BRW**

**PPG INDUSTRIES, INC.**                                              **DEFENDANT**

**JUDGMENT**

Based on the October 4, 2018 Jury Verdict, and the Order entered, today, Judgment is entered in favor of Plaintiff, against Defendant, for $2,207,683.46.

IT IS SO ORDERED this 18th day of March 2019.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE