IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

**CAROL KNOX**                                                                                           **PLAINTIFF**

**VS.**                                      **2:15-CV-01434-BRW**

**PPG INDUSTRIES, INC.**                                                                           **DEFENDANT**

**THIRD AMENDED JUDGMENT**

Based on the October 4, 2018 Jury Verdict, the March 18, 2019 Order and Judgment, the May 14, 2019 Order and Amended Judgment, and the August 14, 2019 Jury Verdict, Plaintiff is entitled to a judgment against Defendant as follows:[1]

| | |
|---|---|
| Emotional distress: | $125,000.00 |
| Back Pay | $478,585.00 |
| Prejudgment Interest on Back Pay | $60,434.22 |
| Front Pay | $129,608.20 |
| Front Pay Retirement Benefits | $29,584.40 |
| Additional Tax Burden | $39,506.20 |
| Post-Judgment Interest | $8,994.01 |

The result is a total judgment of $871,712.03.

IT IS SO ORDERED this 18th day of September, 2019 (*nunc pro tunc* August 16, 2019).

_Billy Roy Wilson_
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 179, 197, 198, 217, 218, 270.